UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
OCT 21 2010
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NANCY K. HORTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-1391 |
| NATIONAL CITY MORTGAGE SERVICES CO., n/k/a NATIONAL CITY DND, INC., NATIONAL CITY MORTGAGE CO., and EAPPRAISEIT, LLC, d/b/a NETWORK APPRAISAL SERVICES, | ) |
| Defendants. | ) |

## ORDER

Now before the Court are the parties' Motions to Dismiss. Based upon the parties' Stipulations for Dismissal with Prejudice, which state that all causes of action are satisfied, the Motions [#24] and [#25] are GRANTED.

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, pursuant to settlement, with all parties to pay their own costs and fees. The Court retains jurisdiction of this matter to enforce the terms of the settlement agreements.

ENTERED this 21st day of October, 2010.

s/ Michael M. Mihm

Michael M. Mihm
United States District Judge